■ In the Matter of Custom Topsoil, Inc., et al., Respondents, v City of Buffalo et al., Appellants. (Appeal No. 1.) [879 NYS2d 748]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered January 11, 2008 in a proceeding pursuant to CPLR article 78. The order denied the motion of respondents/defendants to dismiss the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.